CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 17 2018
JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRANCE KING MILANO HAIRSTON EL, <br> Plaintiff, | Civil Action No. 7:18-cv-00092 |
| v. | ORDER |
| J-PAY INC., et al., <br> Defendants. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

ENTER: This 17th day of April, 2018.

_____
Senior United States District Judge